# United States District Court
# for the Southern District of Georgia
# Savannah Division

DARRELL INGRAM,  )
)
    Petitioner,  )
)
v.  )
)   CV417-109
JOHN DOE, Warden, Georgia  )
State Prison,  )
)
    Respondent.  )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 4, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

**SO ORDERED** this 3 day of August, 2017.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA